9/17/2015 TDCJ Offender Details



*83,788-01*

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05771270 |
| **TDCJ Number:** | 01891914 |
| **Name:** | LUSTER,BRANDON DUNTE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1977-05-07 |
| **Maximum Sentence Date:** | 2052-07-21     *CUMULATIVE OFFENSES* |
| **Current Facility:** | BETO |
| **Projected Release Date:** | NOT AVAILABLE |
| **Parole Eligibility Date:** | 2026-07-21 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day
on visitation days.* **Because this information is subject to change, family members and
friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense | Sentence | Sentence (YY-MM- |
|---|---|---|

/ Pending Appeal (

To whom this may concern:

Court of Criminal Appeals

P.O. Box 12308

Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

RE: Court of Criminal Appeals

Application For Writ of Habeas Corpus

# W10-00689-W(A)    05-13-01343-CR

Dear Sir or Mam:

This letter is giving you a brief update on my new location. I have been moved from the Fort Stockton Transfer Facility, 1536 I-10 East, Fort Stockton, Tx 79735, to the James A. Byrd Unit in Huntsville, Tx. I am currently awaiting to be assigned to a I.D. unit within days to maybe 2 to 3 weeks. As for now, if there is anything or information that's needed from me, i will be glad to help in anyway. At any given time, I could be moved again to another Unit this month of September. I will keep the Criminal Courts of Appeals on any sudden transfer. As of now, I believe my case is pending at this time and waiting on a answer. This case was out of the 363rd Judicial District Court of Dallas, County, Tx

Thankyou so much for taking the time to look further into my grounds and arguments. Thankyou and God Bless you.

# 01891914

Sincerely,

Brandon Dinté Luster

Brandon D. Luster

Byrd Unit - F23 - Cell 19

21 FM 247

Huntsville, Tx 77320